Dorothy Linenfelser and Roy Linenfelser, Appellants, v. Paul Clikeman, Appellee.
Paul E. Clikeman, Appellee, v. Roy C. Linenfelser, Appellant.

Gen. Nos. 10,914, 10,915. 

Second District.

November 28, 1956.

Rehearing denied January 14, 1957.

Released for publication January 14, 1957.

Case No. 10,914: Maynard & Maynard, for plaintiffs-appellants; James F. Maynard, of counsel; William H. Barrick and William C. Jackson, for appellee; William H. Barrick, of counsel. Case No. 10,915: Maynard & Maynard, for defendant-appellant; James F. Maynard, of counsel; Foltz, Haye & Keegan, for plaintiff-appellee. Opinion by JUSTICE CROW. Not to be published in full.